CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 3 0 2005**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

| | | |
|---|---|---|
| WILLIAM WALLIS, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | 7:05V00174 |
| | ) | |
| v. | ) | |
| | ) | |
| EASTERN MANUFACTURING CORPORATION, | ) | |
| | ) | |
| BOSS MANAGEMENT GROUP, INC., | ) | |
| | ) | |
| FABRIKO, INC., | ) | |
| | ) | |
| PACIFIC ATLANTIC HOLDINGS LIMITED, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT NITTI, | ) | |
| | ) | |
| Defendants. | ) | |

ANSWER OF BOSS MANAGEMENT GROUP, INC., FABRIKO, INC.,
PACIFIC ATLANTIC HOLDINGS LIMITED, AND ROBERT NITTI

————————————

COMES NOW the defendant Robert Nitti, by counsel, who hereby submits this answer to the complaint filed by the plaintiff.

1.    The defendant denies that this Court has subject matter jurisdiction to enter a declaratory judgment unless there is a statutory basis for federal jurisdiction separate from the claim for a declaratory judgment. However, the defendant waives subject matter jurisdiction.

2.    The defendants admits the allegations of paragraph 2.

3.    The defendants admit the allegations of paragraph 3 of the complaint.

4.    The defendants admit the allegations of paragraph 4 of the complaint.

1

5.     The defendants admit the allegations of paragraph 5 of the complaint.

6.     The defendants admit the allegations of paragraph 6 of the complaint.

7.     The defendants admit the allegations of paragraph 7 of the complaint.

8.     The defendants admit the allegations of paragraph 8 of the complaint.

9.     The defendants admit the allegations of paragraph 10 of the complaint.

Respectfully Submitted,

WILLIAM WALLIS

By: _____

Gary M. Bowman, Esq.
VSB No. 28866
306 Market Street
Roanoke, Virginia 24011
Tel: (540) 343-7949
Fax: (540) 344-6144

## CERTIFICATE OF SERVICE
_____

I, Gary M. Bowman, do hereby certify that a true and correct copy of this Answer was

mailed to Darren Delafield, 16-B Kirk Avenue, Roanoke VA 24011 on March 30, 2005.

_____
GARY M. BOWMAN

2