CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 31 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| WILLIAM WALLIS, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN MANUFACTURING CORPORATION, <br><br> BOSS MANAGEMENT GROUP, INC., <br><br> FABRIKO, INC., <br><br> PACIFIC ATLANTIC HOLDINGS LIMITED, <br><br> and <br><br> ROBERT NITTI, <br><br> Defendants. | Civil Action No. <br><br> 7:05CV00174 |

## AGREED ORDER

CAME THIS DAY the parties, by counsel, who represented to the Court that they have reached a settlement of this dispute. It is hereby ordered that DECLARATORY JUDGMENT shall be entered in favor of the plaintiff William Wallis and it is hereby ADJUDGED that the plaintiff William Wallis is the incorporator and the owner of all of the stock of Boss Management Group, Inc., Fabriko, Inc., and Pacific Atlantic Holdings Limited, and that the defendant Robert Nitti is the incorporator and owner of all of the stock of Eastern Manufacturing Corporation. It is further ADJUDGED that the defendant Robert Nitti is not the incorporator and has no ownership interest in the stock of Boss Management Group, Inc., Fabriko, Inc., and Pacific Atlantic Holdings Limited.

This case shall be closed and stricken from the docket of this Court.

_____
~~Chief~~ U.S. District Judge

Date **3/31/05**

WE ASK FOR THIS:

_____
Darren Delafield, Counsel for Plaintiff

_____
Gary M. Bowman, Counsel for Defendants